UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Angela Willis,

        Plaintiff,

      v.

Commissioner of Social Security

        Defendant.

Case No. 1:10-cv-594

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Stephanie K. Bowman on July 26, 2011 (Doc. 14).  The Report recommends that the Commissioner's decision to deny Plaintiff Angela Willis Disability Insurance Benefits ("DIB") be reversed and that this matter be remanded under sentence four of 42 U.S.C. § 405(g).  (Doc. 14, 21.)

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner.  *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).[1]  No objections have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, this Court finds the Report to be correct.  Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED** in full.  As the Report recommends (Doc. 14, 21), the following actions are taken:

---

[1] Notice was attached to the Report regarding objections.  (Doc. 14, 22.)

1. The decision of the Commissioner to deny Plaintiff DIB benefits is **REVERSED**, and this matter is **REMANDED** under sentence four of 42 U.S.C. §405(g);

2. On remand, the ALJ is instructed to carefully reconsider evidence of Plaintiff's mental impairments, including all relevant opinions from both acceptable treating sources and other medical sources, as more particularly instructed within the Report; and

3. As no further matters remain pending before the Court, this case is **CLOSED.**

**IT IS SO ORDERED.**

*s/Michael R. Barrett*
UNITED STATES DISTRICT JUDGE